# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00050-CV

**John Worldpeace, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. GV502304, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Worldpeace filed his notice of appeal on January 25, 2006 and the clerk's record was filed on June 26, 2006. On August 3, 2006, the Clerk of this Court sent Worldpeace notice that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by August 14, 2006. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   September 13, 2006